# EXHIBIT B

Store Message

Marketing Message

Terminal #          TRA821008650001

02/25/2012       03:16:13 PM
         *** Withdrawal From Savings ***

| Card Number | Auth # | Seq # |
|---|---|---|
| ************5592 | FR721266 | 3115 |

Requested:                          $20.00
Dispensed:                          $20.00
Terminal Fee:                        $2.00

Total Withdrawal:                   $22.00
Ledger Balance:                $18,229.05