# EXHIBIT D

```
            NYS THRUWAY
             PEMBROKE



Terminal#        TRA821015060001

02/27/2012    09:19:00 AM
     *** Withdrawal From Savings ***


     Card Number       Auth #     Seq #
     ************5592  17717536   3861
              Requested:           $20.00
              Dispensed:           $20.00
            Terminal Fee:           $2.00
                                 ─────────
       Total Withdrawal:          $22.00
         Ledger Balance:      $18,207.05
```