# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CARDTRONICS ATM FEE NOTICE  
LITIGATION                                                            MDL No. 2245

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −5)

On May 26, 2011, the Panel transferred 2 civil action(s) to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 787 F.Supp.2d 1366 (J.P.M.L. 2011). Since that time, 6 additional action(s) have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Roger T Benitez.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Benitez.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of California for the reasons stated in the order of May 26, 2011, and, with the consent of that court, assigned to the Honorable Roger T Benitez.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi  
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 31, 2012

CLERK'S OFFICE  
UNITED STATES  
JUDICIAL PANEL ON  
MULTIDISTRICT LITIGATION

I hereby attest and certify on **Nov 01, 2012** that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court  
Southern District of California

By: **s/ A. Victoria**  
     Deputy

**IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION**  MDL No. 2245

### SCHEDULE CTO−5 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| NEW YORK WESTERN | | | |
| NYW | 1 | 12−00812 | DeLiberty v. Cardtronics, Inc. |